■ LASHARIE JOHNSON, Appellant, v YALANDA D. CURRY et al., Respondents. [63 NYS3d 300]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (E. Jeannette Ogden, J.), entered November 15, 2016. The order and judgment granted the motions of defendants for summary judgment dismissing plaintiff's complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs.

Memorandum: Plaintiff commenced this action to recover damages for injuries that she allegedly sustained in a three-vehicle accident. We conclude that Supreme Court properly granted defendants' respective motions for summary judgment dismissing the complaint and any cross claims against them. Defendants met their initial burden of establishing as a matter of law that plaintiff's negligence in rear-ending defendant Michael H. Stroh's vehicle was the sole proximate cause of the accident (*see Gill v Braasch*, 100 AD3d 1415, 1415 [4th Dept 2012]), and plaintiff failed to raise an issue of fact in opposition (*see generally Zuckerman v City of New York*, 49 NY2d 557, 563 [1980]). Present—Carni, J.P., Lindley, DeJoseph, Troutman and Winslow, JJ.